**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

     *Plaintiff*,

     v.                                                            **Civ. No. 22-cv-399**

6734 MILPA ALTA RD. NE, RIO RANCHO, NM
87144,

     *Defendant-in-rem.*

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, brings this complaint in accordance with

Supplemental Rule G(2) of the Supplemental Rules for Certain Admiralty or Maritime Claims

and Asset Forfeiture Actions, and alleges as follows:

### NATURE OF THE ACTION

1.     This is a civil action to forfeit and condemn to the use and benefit of the United

States of America property involved in violations of 18 U.S.C. §§ 1343, 1344, 1349, 1956, and

1957 that is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A), and 18 U.S.C. §

981(a)(1)(C).

### DEFENDANT *IN REM*

2.     The defendant *in rem* consist of the following real properties with improvements

thereon and appurtenances thereto:

6734 Milpa Alta Rd. NE, Rio Rancho, NM 87144, more particularly described as:
     LOT NUMBERED FOURTEEN-A (14-A) IN BLOCK NUMBERED ONE HUNDRED
     FOUR (104) UNIT 17, RIO RANCHO ESTATES, AS THE SAME IS SHOWN AND
     DESIGNATED ON THE PLAT OF SAID ADDITION, FILED IN THE OFFICE OF THE
     COUNTY CLERK OF SANDOVAL COUNTY, NEW MEXICO, ON NOVEMBER 28,
     2007, IN PLAT BOOK 3, PAGE 2864B. TAX ID 1017072422261.

(hereinafter referred to as "Defendant Real Property").

3. The Defendant Real Property is now, and during the pendency of this action will be, in the jurisdiction of this Court.

4.    The United States will post notice of the complaint on the property as required by 18 U.S.C. § 985(c)(1)(B). Posting of notice on the Defendant Real Property establishes *in rem* jurisdiction over the property. The United States will also serve notice of the complaint, along with a copy of the complaint, on the property owner(s) pursuant to 18 U.S.C. § 985(c)(1)(C) or 18 U.S.C. § 985(c)(2).

5.    The United States District Court for the District of New Mexico has subject matter jurisdiction under 28 U.S.C. §§ 1345, 1355(a), and 1356.

6.    Venue for this civil forfeiture action is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395, as acts or omissions giving rise to the forfeiture took place in this district and the property is found in this district.

### BACKGROUND ON PAYCHECK PROTECTION PROGRAM (PPP) LOANS

7.    In March 2020, the Coronavirus Aid, Relief and Economic Security Act, or the "CARES Act," was enacted to provide immediate assistance to individuals, families and organizations affected by the COVID-19 emergency. Among its various provisions, the CARES Act authorized the Small Business Administration (SBA) to guarantee Paycheck Protection Program (PPP) loans, the full principal amount of which could qualify for forgiveness.

8.    Borrowers were required to use PPP loan proceeds for enumerated purposes, including payroll costs,[1] rent and utilities, and mortgage interest payments. Knowing misuse of PPP funds subjected the borrower to additional liability, such as charges for fraud.

---

[1] Payroll costs consist of compensation to employees (whose principal place of residence is the United States) in the form of salary, wages, commissions, or similar compensation; cash tips or the equivalent (based on employer records of past tips or, in the absence of such records, a

9.    Under the PPP, the maximum loan amount is the lesser of $10 million or an amount calculated using a payroll-based formula specified in the CARES Act.  The payroll-based formula principally considers the borrower's aggregate payroll costs from the preceding twelve months for all domestic employees.[2]  Once an average monthly payroll cost is established, the borrower multiplies that amount by 2.5 to arrive at the total maximum PPP loan amount.

10.    To apply for a PPP loan, potential borrowers could electronically submit the Small Business Administration (SBA) Form 2483, "Paycheck Protection Program Borrower Application Form" with supporting payroll documentation to a financial institution that administered the loan and serves as custodian of the funds.  On the SBA Form 2483, an authorized representative had to make several certifications about his business operations and related information.  Those certifications include that: (i) the applicant was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on a Form 1099-MISC; (ii) current economic uncertainty made the loan request necessary to support the applicant's ongoing operations; and (iii) the PPP funds would be used to retain workers and to maintain payroll or pay other qualifying expenses.  Upon submitting the SBA Form 2483, the authorized representative had to certify that, should he

---

reasonable, good-faith employer estimate of such tips); payment for vacation, parental, family, medical, or sick leave; allowance for separation or dismissal; payment for the provision of employee benefits consisting of group health care coverage, including insurance premiums, and retirement; payment of state and local taxes assessed on compensation of employees; and for an independent contractor or sole proprietor, wages, commissions, income, or net earnings from self-employment, or similar compensation.

[2] The payroll-based formula expressly excluded (i) any compensation of an employee whose principal place of residence is outside of the United States; and (ii) the compensation of an individual employee in excess of an annual salary of $100,000, prorated as necessary.

knowingly use the PPP funds for unauthorized purposes, the United States could hold him legally liable, including by charging him criminally for fraud.

11.    Additionally, the applicant had to respond to questions regarding his personal history, including whether he had been convicted of a felony and/or placed on probation within the previous five years.  The PPP loan application expressly stated that, should the applicant respond "yes," the PPP loan would "not be approved."  The applicant also had to certify the truth and accuracy of any information provided on the SBA Form 2483 and in all supporting documents.[3]  Such supporting documents could include tax filings with the Internal Revenue Service (IRS), such as the IRS Form W-3, "Transmittal of Wage and Tax Statements"; IRS Form 940, "Employer's Annual Federal Unemployment Tax Return"; or IRS Form 941, "Employer's Quarterly Federal Tax Return".

12.    Finally, the applicant had to certify his understanding of the following warning regarding false statements and other criminal penalties:

> I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 U.S.C. §§ 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 U.S.C. § 645 by imprisonment of not more than two years and/ or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 U.S.C. § 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

### PANDEMIC ECONOMIC INJURY DISASTER LOAN (EIDL) BACKGROUND

13.    The Economic Injury Disaster Loan (EIDL) program is an SBA program that provides low-interest financing to small businesses, renters, and homeowners in regions affected by declared disasters.

---

[3] Borrowers had to submit supporting documents to establish loan eligibility for PPP. Such support could include payroll tax filings (e.g., IRS Forms 940 and 941), payroll processor records, bank records, or other records sufficient to demonstrate the qualifying payroll amount.

14.     On March 13, 2020, the President of the United States declared COVID-19 an emergency under the Robert T. Stafford Disaster Relief and Emergency Assistance Act.  As a result, Congress passed the CARES Act, which the President signed into law on March 27, 2020.  The CARES Act provides over $2 trillion in economic relief protections to the American people from the public health and economic impacts of COVID-19.  The CARES Act authorized the SBA to provide EIDLs of up to $2 million to eligible small businesses experiencing substantial financial disruption due to the COVID-19 pandemic.

15.     To obtain an EIDL and advance, a qualifying business had to submit an application to the SBA and provide information about its operations, such as the number of employees, gross revenues for the 12-month period preceding the disaster, and cost of goods sold in the 12-month period preceding the disaster.  In the case of EIDLs for COVID-19 relief, the 12-month period was that preceding January 31, 2020.  The applicant also had to certify that all of the information in the application was true and correct to the best of the applicant's knowledge.

16.     EIDL applications are submitted directly to the SBA and processed by the agency with support from a government contractor.  The amount of the loan, if the application is approved, is determined based, in part, on the information provided by the application about employment, revenue, and cost of goods, as described above.  Any funds issued under an EIDL or advance are issued directly by the SBA.  EIDL funds can be used for payroll expenses, sick leave, production costs, and business obligations, such as debts, rent, and mortgage payments.  If the applicant also obtains a loan under the PPP, the EIDL funds cannot be used for the same purpose as the PPP funds.

<u>FACTS</u>

17.    Jacqueline RASCON-CHACON (RASCON), Bryan Gardea (GARDEA) and Ricardo LANDEROS (LANDEROS), residents of New Mexico, collectively caused at least two bank loan applications, five PPP loan applications, and two EIDL loan applications to be filed with financial institutions and with the SBA between 2020 and 2021. The loan applications were made in the names of various companies and are summarized below:

**Summary of Identified PPP/EIDL Loans (Rascon, Gardea or Landeros as Guarantors**

| Reference Number | Business | Loan Number | Date Deposited | Amount | Type | Wells Fargo x6935 in the name of JAGA NETWORKS LLC | Wells Fargo x6927 in the name of JAGA NETWORKS LLC | Wells Fargo x7377 in the name of JAGA NETWORKS LLC | Wells Fargo x0624 in the name of RICARDO LANDEROS | Loan Guarantor(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sega Communication Dba Boost Mobie 1625 Rio Bravo Blvd SW, Albuquerque, NM | 61056 | 01/23/2020 | $ 20,000 | Bank Loan | $20,000 | | | | Bryan GARDEA |
| 2 | Jaga Network DBA Boost Mobile 1625 Rio Bravo Blvd SW, Suite 29, Albuquerque, NM | 61259 | 02/27/2020 | $ 20,000 | Bank Loan | $20,000 | | | | Jacquelline RASCON and Bryan GARDEA |
| 3 | Jaga Networks LLC 1625 Rio Bravo Blvd SW, Suite 29, Albuquerque, NM | 61382 | 04/17/2020 | $ 31,209 | PPP | | $31,209 | | | Jacquelline RASCON |
| 4 | Sega Communications LLC       1625 Rio Bravo Blvd SW, Albuquerque, NM | 61410 | 04/20/2020 | $ 31,209 | PPP | $31,209 | | | | Bryan GARDEA |
| 5 | Future Satellite LLC 2614 Los Pinos Rd SW, Albuquerque, NM | 31716974-03 | 05/14/2020 | $ 101,015 | PPP | | | $101,015 | | Bryan GARDEA |
| 6 | SeGa Communications LLC       1625 Rio Bravo Blvd SW, Albuquerque NM | 7674897404 | 05/19/2020 | $ 149,900 | EIDL | | $149,900 | | | Bryan GARDEA |
| 7 | A&R Drilling LLC 604 Avanti St SW, Albuquerque, NM | 62469 | 05/29/2020 | $ 172,802 | PPP | | $172,802 | | | Ricardo LANDEROS |
| 8 | Jaga Networks LLC 8816 La Vida Ln SW, Albuquerque, NM | 7903257808 | 06/09/2020 | $ 149,900 | EIDL | $149,900 | | | | Jacquelline RASCON |
| 9 | A and R Drilling LLC 604 Avanti St SW, Albuquerque, NM | 65867 | 03/16/2021 | $ 149,000 | PPP | | | | $149,000 | Ricardo LANDEROS |
| | Totals | | | $825,035 | | $221,109 | $353,911 | $101,015 | $149,000 | |

18.     These loan applications were approved, and the loans were funded for a total of at least $825,035, with the loan proceeds being directed to 4 different bank accounts at Wells Fargo.[4]

19.     DreamSpring is a lender that disbursed bank loans and PPP loan funds to bank accounts controlled by RASCON, GARDEA and/or LANDEROS.  The loan agreements were signed and submitted electronically.  The signature certificate portion includes the name, drawn electronic signature, internet protocol (IP) address, verified email address and in some instances, a photograph of the loan guarantor(s).  The signature certificate also contains the name, IP address, and verified email address of the disburser.  The form also contains a timestamp indicating when the form was created and signed by the guarantor, then subsequently signed by the loan disburser.

20.     A review of records provided by SBA indicates the PPP loan applications were signed using an electronic signatures[5] via DocuSign and submitted electronically.

21.     A search of the New Mexico Secretary of State Corporations and Business Services revealed corporate records exist for some but not all of the companies that applied for COVID relief loans. More specifically:

   a.  Sega Communication LLC was organized in New Mexico on June 11, 2015 and lists "Bryan Gartea" as the Registered Agent. Two other individuals are listed as Managers.

---

[4] A chart summarizing the disposition of the COVID relief loan proceeds is attached as Exhibit 1.

[5] The United States Federal ESIGN Act defines an electronic signature as an electronic sound, symbol, or process, attached to or logically associated with a contract or other record and executed or adopted by a person with the intent to sign the record.  Electronic signatures have been used for electronically signing offer letters, sales contracts, permission slips, rental/lease agreements, liability waivers, financial documents, etc.  They are legally enforceable in most business and personal transactions in almost every country in the world.

b.  JAGA Networks LLC was organized in New Mexico on June 29, 2019 and lists RASCON as organizer, member and registered agent.

c.  A&R Drilling LLC was organized in New Mexico on October 5, 2019 and lists LANDEROS as organizer and registered agent.

d.  No records were found for JAGA NETWORK.

e.  Future Satellite LLC was organized in New Mexico on February 7, 2017 and lists GARDEA as organizer and registered agent.  Alfredo Gardea is also listed as organizer.[6]

f.  No records were found for A and R Drilling.

## LOAN APPLICATIONS SUBMITTED TO SBA AND FINANCIAL INSTITUTIONS BY RASCON, GARDEA AND LANDEROS

22.     In support of the loan applications, certain additional documentation was provided to the SBA and the financial institutions that processed the loans.  The following paragraphs demonstrate the bank loans and EIDL and PPP loans were funded to entities created by RASCON, GARDEA and LANDEROS based on false and/or fraudulent information they provided to the SBA and the financial institutions.

***PPP Loan Number 61056 Funded on January 23, 2020 (Chart Reference #1)***

23.     GARDEA entered into a loan agreement with DreamSpring on or about January 22, 2020, obtaining loan proceeds for Sega Communication dba "Boost Mobie [*sic*]" in the amount of $20,000.  This was a business loan.  It occurred before the passage of the CARES act in March 2020 made PPP loan funds available.  In signing the loan agreement, GARDEA agreed

---

[6] On information and belief, including a review of immigration records, Alfredo Gardea is the brother of Bryan GARDEA.

the loan proceeds would be used "solely for the business purpose(s) identified in the loan application."

***PPP Loan Number 61259 Funded on February 27, 2020 (Chart Reference #2)***

24.      GARDEA and RASCON entered into a loan agreement with DreamSpring on or about February 27, 2020, obtaining loan proceeds for JAGA Network dba Boost Mobile in the amount of $20,000.  This was also a business loan, occurring before the passage of the CARES act in March 2020 made PPP loan funds available.

25.      An unsigned IRS Form 1040 U.S. Individual Income Tax Return for the year 2019 in the name of RASCON was submitted to DreamSpring.  The tax return shows total income of $58,322 and two dependents. The form also includes a Schedule C Profit or Loss from Business for JAGA Networks LLC and lists the Employer Identification Number (EIN) as 84-220082, an eight-digit number.  EINs should have nine digits instead of eight.  The Schedule C form shows a net profit of $51,934. The form shows total tax due and owing of $7,536.  The form is unusual in that neither the "adjusted gross income" nor the "taxable income" lines are filled out.  Further, the form indicates a paid preparer filled out the tax return; however, the there is no signature for the paid preparer.  In contrast, SBA later received tax transcripts for RASCON directly from IRS, reflecting different amounts of income reported to IRS by RASCON for the 2019 tax year than what was reported to DreamSpring.  Specifically, RASCON reported to IRS that she had three dependents, zero business income reported on Schedule C, and total income of $26,523, which resulted in RASCON's qualification for the Earned Income Credit, Child Tax Credit and Additional Child Tax Credit.  Based on the tax transcript SBA received from IRS, RASCON received a refund in the amount of $8,581 on February 26, 2020.  The transcript also shows an amended return was filed on March 9, 2021.

*PPP Loan Number 61382 Funded on April 17, 2020 (Chart Reference #3)*

26.     RASCON electronically submitted a Borrower Application Form to DreamSpring on or about April 7, 2020, requesting a PPP loan in the name of JAGA Networks LLC. RASCON asserted that JAGA Networks employed five individuals had a monthly payroll expense of $8,000.  RASCON also claimed she was the 100% owner of JAGA Networks LLC. RASCON initialed a number of certifications on the form, including a statement that reads,  "The funds will be used to retain workers and maintain payroll or make mortgage interest payments, lease payments, and utility payments, as specified under the Paycheck Protection Rule; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud."

27.     On the Borrower Application Form, RASCON also initialed the certification that reads, "during the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program."

28.     In connection with the application, RASCON submitted to DreamSpring four IRS Forms 941 Employer's Quarterly Federal Tax Return for 2019 for JAGA Networks LLC with EIN: 84-2200825.  The forms indicate JAGA Networks LLC has five employees.  Although Forms 941 are quarterly forms, all four of the forms appear to have been signed by RASCON on January 5, 2020.  The forms are also unusual because no tax deposit payments are listed and a balance due is not included.  The forms list "Adobe Accounting LLC," purportedly located at 18**3**0 San Pedro Dr. NE in Albuquerque, New Mexico, as the paid preparer for the forms, but none of the forms have the preparer's signature.  Special Agents interviewed Mrs. Fabiola Rivera, principal for "Adobe Accounting and Financial Services Inc.," a return preparation service located at 18**5**0 San Pedro Dr. NE in Albuquerque, NM.  Mrs. Rivera told the agents she did not prepare the Forms 941 for JAGA Networks LLC and indicated the name of her company

is Adobe Account and Financial Services Inc., not Adobe Accounting LLC.  Mrs. Rivera also

pointed out the phone number of listed on the form is off by one digit and the address is one digit

off as well.  Mrs. Rivera confirmed the Preparer's Tax Identification Number (PTIN) listed on

the form is her correct PTIN.  Law enforcement agents have not identified a real return

preparation service in Albuquerque named "Adobe Accounting LLC."

29.     Records from the New Mexico Department of Workforce Solutions indicate

JAGA Networks LLC has only reported wages for the first quarter of 2021.  The total amount of

gross wages reported was approximately $6,783.  Wages for three employees were reported.

***PPP Loan Number 61410 Funded on April 20, 2020 (Chart Reference #4)***

30.     GARDEA electronically submitted a Borrower Application Form on or about

April 7, 2020, requesting a PPP loan in the name of Sega Communication LLC.  GARDEA

asserted that Sega Communication employees five individuals has a monthly payroll expense of

$8,000.  GARDEA also claimed he is the 100% owner of Sega Communication LLC.  GARDEA

initialed a number of certifications on the form, including a statement that reads,  "The funds will

be used to retain workers and maintain payroll or make mortgage interest payments, lease

payments, and utility payments, as specified under the Paycheck Protection Rule; I understand

that if the funds are knowingly used for unauthorized purposes, the federal government may hold

me legally liable, such as for charges of fraud."

31.     A question on the Borrower Application Form asks, "Within the last 5 years, for

any felony, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted;

2) pleaded guilty; 3) pleaded nolo contendere; 4) been placed on pretrial diversion; or 5) been

placed on any form of parole or probation (including probation before judgment)?", to which

GARDEA checked, "No" and included his electronic initials.  However, documents from the

Second Judicial Court in Bernalillo County, New Mexico indicate a grand jury indictment was

filed on January 19, 2020 charging GARDEA with embezzlement, fraud and fraud over $20,000. A Judgment and Sentence, filed on October 13, 2020, states GARDEA was sentenced to a conditional discharge for the embezzlement charge – a third degree felony in the State of New Mexico – deferring further proceedings for three years and ordering GARDEA to supervised probation for a term of three years.

32.     In connection to the application, GARDEA submitted to DreamSpring four IRS Forms 941, Employer's Quarterly Federal Tax Return for 2019 for Sega Communication LLC, with EIN: 47-4234778 listing 5 employees.  The forms appear to have been signed by GARDEA as owner and list Adobe Accounting LLC located at 18**3**0 San Pedro Dr. NE in Albuquerque, New Mexico, as the paid preparer.  None of the forms have the preparer's signature.  The forms are also unusual because no tax deposit payments are listed and a balance due is not included.  In an interview with Mrs. Fabiola Rivera, principal for Adobe Accounting and Financial Services Inc., a return preparation service located at 18**5**0 San Pedro Dr. NE, Mrs. Rivera told the agents she did not prepare the Forms 941 for Sega Communication LLC and indicated the name of her company is Adobe Account and Financial Services Inc., not Adobe Accounting LLC.  Mrs. Rivera also pointed out the phone number of listed on the form is off by one digit and the address is off by one digit also.  Mrs. Rivera confirmed the Preparer's Tax Identification Number (PTIN) listed on the form is her correct PTIN.  Mrs. Rivera only did payroll work for Sega Communications in 2016.

33.     Records from the New Mexico Department of Workforce Solutions indicate that Sega Communication LLC did not report any wage information to the State of New Mexico from at least January 1, 2018 until on or about September 15, 2021.

***PPP Loan Number 61883 Funded on May 14, 2020 (Chart Reference #5)***

34.    GARDEA electronically submitted an application form to DreamSpring on or about April 28, 2020, requesting PPP loan funds for Future Satellite LLC in the amount of $112,500.  GARDEA asserted on the form that Future Satellite LLC has 29 employees and an average monthly payroll cost of $45,000.  GARDEA also claimed to have a 100% ownership interest in Future Satellite LLC.

35.    The application GARDEA submitted to DreamSpring for Future Satellite LLC also contained the question about the applicant's criminal history as discussed above in paragraph 31.  GARDEA again answered, "No" to the question.

36.    GARDEA inserted his initials next to the statement indicating, "The Applicant was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC."

37.    GARDEA inserted his initials next to the statement indicating, "During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program."  Prior to the date of submitting this PPP loan application, GARDEA had previously submitted at least one other PPP loan application to DreamSpring as detailed in the preceding paragraphs.

38.    In connection to the application, GARDEA submitted to DreamSpring four IRS Forms 941, Employer's Quarterly Federal Tax Return for 2019 for Future Satellite LLC, with EIN: 47-4234779.  The form for the first quarter of 2019 indicates Future Satellite LLC has 35 employees.  The forms for the second and third quarter of 2019 indicate 39 employees.  The form for the fourth quarter of 2019 indicates 42 employees.  Even though Forms 941 are quarterly forms, all four of the forms appear to have been signed with a date of January 1, 2020 by GARDEA.  The forms are also unusual because no tax deposit payments are listed and a

balance due is not included.  At least two additional loan applications for Future Satellite LLC

were filed with the SBA listing RASCON as owner.  Those applications were denied by the

SBA.

39.    Records from the New Mexico Department of Workforce Solutions indicate that

Future Satellite LLC did not report any wage information to the State of New Mexico from at

least January 1, 2018 until on or about September 15, 2021.

***EIDL Loan Number 7674897404 Funded on May 19, 2020 (Chart Reference #6)***

40.    GARDEA submitted an intake loan application to the SBA on or about March 30,

2020.  In the application, GARDEA asserted Sega Communication LLC (Sega) is a wireless

phone/accessories business located at 1625 Rio Bravo Blvd SW in Albuquerque, New Mexico.

GARDEA further claimed 100% ownership of Sega and that Sega employed four individuals,

earned $810,000 in gross revenues and had $180,000 in cost of goods sold for the 12 months

prior to the disaster.

41.    The intake application contains a question which states, "have you ever been

convicted, plead guilty, plead nolo contendere, have been placed on pretrial diversion, or been

placed on any form of parole or probation (including probation before judgment)?", to which

GARDEA indicated, "No."  However, documents from the Second Judicial Court in Bernalillo

County, New Mexico indicate a grand jury indictment was filed on January 19, 2020 charging

GARDEA with embezzlement, fraud and fraud over $20,000.  A Judgment and Sentence, filed

on October 13, 2020, states GARDEA was sentenced to a conditional discharge for the

embezzlement charge – a third degree felony in the State of New Mexico – deferring further

proceedings for three years and ordering GARDEA to supervised probation for a term of three

years.

***PPP Loan Number 62469 Funded on May 29, 2020 (Chart Reference #7)***

42.     LANDEROS submitted a loan application to DreamSpring on or about May 16, 2020, requesting a loan on behalf of AR Drilling LLC in the amount of $167,438.   In the application, LANDEROS represented that the AR Drilling LLC employees 36 employees and the average monthly payroll amounts to $66,975.  LANDEROS further claimed the purpose of the loan was for payroll and "lease/mortgage interest."  The loan was funded in the amount of $172,802 on or about May 27, 2020.

43.     In connection with the loan application, LANDEROS submitted to DreamSpring four IRS Forms 941, Employer's Quarterly Federal Tax Return for 2019 for AR Drilling LLC, with EIN: 47-4234776.  The forms indicate AR Drilling LLC has four employees, despite the application indicating AR Drilling LLC has 36 employees.  Even though Forms 941 are quarterly forms, all four of the forms appear to have been signed by LANDEROS on January 1, 2020. The forms are also unusual because no tax deposit payments are listed and a balance due is not included.

44.     Although LANDEROS submitted IRS Forms 941 indicating AR Drilling LLC paid wages to employees in all four quarters of 2019, online Articles of Organization filed with the Office of the New Mexico Secretary of State indicate the effective date of organization for A&R Drilling LLC was October 8, 2019.

45.     Records from the New Mexico Department of Workforce Solutions indicate that A&R Drilling LLC did not report any wage information from at least January 1, 2018 until on or about September 15, 2021.

***EIDL Loan Number 7903257808 Funded on June 9, 2020 (Chart Reference #8)***

46.    RASCON submitted an intake loan application to the SBA on or about March 30,

2020.  In the application, RASCON asserted JAGA Networks LLC is an underground drilling

business established on July 5, 2018 and is located at 1625 Rio Bravo Blvd SW Suite 29 in

Albuquerque, New Mexico.  RASCON further claimed 100% ownership of JAGA and that

JAGA employed five individuals, earned $540,000 in gross revenues and had $160,000 in cost of

goods sold for the 12 months prior to the disaster.  RASCON checked the box at the bottom of

the application that states, "I hereby certify UNDER PENALTY OF PERJURY UNDER THE

LAWS OF THE UNITED STATES the above is true and correct."  RASCON's claims on the

application caused the SBA to fund an EIDL to a Wells Fargo account ending in 6935 (WF

6935), held in the name of JAGA Networks LLC, on June 4, 2020.  EIDL funds in the amount of

$149,900 posted to WF 6935 on June 9, 2020.

47.    In contrast to the income information submitted with EIDL intake loan

application, SBA received IRS tax transcripts for RASCON which exhibit different amounts of

income reported to IRS by RASCON for the 2019 tax year than what she reported to the SBA.

Specifically, RASCON reported to IRS that she had three dependents, zero business income

reported on Schedule C, and total income of $26,523, which resulted in RASCON's qualification

for the Earned Income Credit, Child Tax Credit and Additional Child Tax Credit.  Based on the

tax transcript, RASCON received a refund in the amount of $8,581 on February 26, 2020.  The

transcript also shows an amended return was filed on March 9, 2021.

48.    A separate, potentially incomplete copy of a new amended tax return prepared in

2021 for RASCON for the year 2019, submitted as support for an amendment to a loan for

JAGA Networks LLC shows different amounts including taxable income of $142,195 and a

Schedule C Profit or Loss that lists "JAGA" as being in the construction business and having net

profit of $169,708.  The purported tax owed on the document provided to SBA in support of the

amendment is $47,198.

49.     A letter from the SBA to RASCON dated April 22, 2021 indicates that a

modification of the loan was not approved due to "Unverifiable Information."  More specifically,

the letter states: "The SBA has been unable to verify the existence of an eligible business as

reflected in the application.  The SBA has been unsuccessful in our attempts to obtain

documentation from multiple sources (public records) and we attempted to obtain documentation

from you that would validate the existence of your business."  The SBA letter also adds "We

have withdrawn your application from active consideration because we cannot document JAGA

NETWORKS LLC income.  SBA uses Federal Income Tax Returns as its source for

documenting income.  In response to our inquiry of the Internal Revenue Service (IRS), they

reported "no record found" for a filing of a tax return by JAGA NETWORKS LLC for the

year(s) 12/31/2018 and 12/31/2019…."  At least one more application for JAGA Networks LLC

was denied by the SBA.

***PPP Loan Number 65867 Funded on June 9, 2020 (Chart Reference #9)***

50.     LANDEROS entered into a loan agreement for a PPP loan with DreamSpring on

or about March 15, 2021, obtaining loan proceeds for A and R Drilling LLC in the amount of

$149,000.  In signing the loan agreement, LANDEROS certified, "I understand that the primary

purpose of this loan is to make payroll for my business' employees."

### LOANS WITH OTHER GUARANTORS ALSO DEPOSITED IN A JAGA NETWORKS WELLS FARGO ACCOUNT

51.     Aside from the loans discussed above, RASCON, GARDEA, and LANDEROS

are believed to have fraudulently obtained proceeds from additional PPP loans related to

business entities La Joya Construction LLC ($172,800) and EC Contractors LLC ($83,330), respectively.  The proceeds of these two additional loans were distributed to the Wells Fargo account ending 6927 in the name of JAGA Networks LLC.  The guarantor for the La Joya Construction LLC loan is listed as Raul Dominguez and the guarantor for the EC Contractors LLC loan is listed as Epifanio Castillo.

52.    Mr. Castillo was interviewed in November 2021 by a Homeland Security Investigations (HSI) Special Agent and indicated he is the owner of EC Contractors LLC but that the company has not been active over the last four or five years.  Mr. Castillo stated that he did not apply for any loans or authorize anyone to apply for loans on behalf of him or the company.  However, Castillo was hired by GARDEA to do construction work in 2020.  Castillo was paid $33,800 in May 2020, by GARDEA, for the construction work.  The check payable to Castillo was funded by the Wells Fargo JAGA Networks LLC account 6927 on May 21, 2020, two days after the account received a deposit of $83,330 in PPP loan proceeds, purportedly issued to that account for the benefit of EC Contractors.

53.    On information and belief, GARDEA and/or others also applied for a PPP loan on behalf of EC Contractors LLC without Mr. Castillo's knowledge, directed the proceeds of the loan to be deposited into the JAGA Networks Wells Fargo account 6927, and then paid Mr. Castillo for his contracting work using the proceeds of the PPP loan.  On information and belief, a similar series of events occurred with respect to the La Joya Construction LLC loan.

## WELLS FARGO ACCOUNTS FOR JAGA NETWORKS AND LANDEROS

***Wells Fargo Account in the name of JAGA Networks LLC ending in 6927***:

54.    During the investigation, a Wells Fargo Bank account in the name of JAGA Networks LLC ending in 6927 (WF 6927) was discovered and analyzed.  WF 6927 is a business account whose sole signer is RASCON.  WF 6927 previously had two other signers – Alfredo

Gardea and LANDEROS.  LANDEROS was removed as a signer on September 30, 2019 and

Alfredo Gardea was removed on November 29, 2019.   An analysis of this accounts shows

deposits of at least $353,911 in PPP and EIDL loan proceeds as referenced in the chart above.

55.    WF 6927 also received deposits of additional COVID relief loan proceeds for La

Joya Construction LLC and EC Contractors LLC, totaling $256,130.

56.    The following chart summarizes the COVID relief loan proceeds deposited into

WF 6927:

| Business Entity | Posted Date | Amount | Loan Type | Loan Number | Loan Guarantor(s) |
|---|---|---|---|---|---|
| JAGA Networks LLC 1625 Rio Bravo Blvd SW, Suite 29, Albuquerque, NM | 4/17/2020 | $31,209 | PPP | 61382 | Jacqueline RASCON |
| SeGa Communication LLC 1625 Rio Bravo Blvd SWAlbuquerque, NM 87105 | 5/19/2020 | $149,900 | EIDL | 7674897404 | Bryan GARDEA |
| EC Contractors LLC | 5/20/2020 | $83,330 | PPP | 80549974-03 | Epifanio Castillo |
| A&R Drilling LLC 604 Avanti St SW, Albuquerque, NM | 5/27/2020 | $172,802 | PPP | 92545774-05 | Ricardo LANDEROS |
| La Joya Construction, LLC | 7/10/2020 | $172,800 | PPP | 62378580-04 | Raul Dominguez |
| | TOTAL | $610,041 | | | |

57.    A deposit analysis for WF 6927 covering the time period between June 25, 2019

and September 21, 2020 revealed total deposits of approximately $1,160,262.   COVID relief

loan proceed deposits totaling $610,041 made up approximately 53% of total deposits.  Transfers

from other JAGA/RASCON related accounts total approximately $308,485, or 27% of total

deposits. Therefore, loan proceeds and transfers from related accounts make up 80% of the total

deposits into this account.

58.    An analysis of outflows for WF 6927 for the same period – June 25, 2019 through September 21, 2020 - revealed total outflows of $1,160,262.  Specific outflows include the following:

| TRANSACTION DESCRIPTION | PAYEE | DATE(s) | AMOUNT |
|---|---|---|---|
| Transfers | JAGA Networks LLC | 6/25/2019 – 9/21/2020 | $319,071 |
| Transfers | RASCON WF 0547 | 6/25/2019 – 9/21/2020 | $92,200 |
| Cashier's Check | Fidelity National Title | 5/18/2020 | $40,230 |
| Cashier's Check | Old Republic Title | 6/18/2020 | $81,785 |
| Certified Check | Ricardo LANDEROS | 6/24/2020 | $6,000 |
| Certified Check | Bryan GARDEA | 6/24/2020 | $6,000 |
| Wire Transfer | Paramount Business Jets | 8/28/2020 | $10,000 |

a.  At least one certified check payable to LANDEROS for $6,000 was purchased using funds from this account.

b.  At least one certified check payable to GARDEA for $6,000 was purchased using funds from this account.

c.  A cashier's check payable to Fidelity National Title in the amount of $40,230 was purchased from WF 6927 on May 18, 2020.  The cashier's check indicates the remitter is RASCON.   According to records obtained from Fidelity National Title, the funds were used for the purchase of vacant land located at 6734 Milpa Alta Rd. NE in Rio Rancho, New Mexico 87144 (i.e., the Defendant Real Property).  The purchase agreement, signed by GARDEA and RASCON on April 23, 2020, indicates the purchase price for the land was $40,000.  The warranty deed for this property was filed with the Sandoval County Clerk in New Mexico

on May 19, 2020 and indicates ownership transferred to "Bryan Gadea [*sic*], an unmarried man and Jacqueline Rascon, an unmarried woman." A subsequent warranty deed filed with the Sandoval County Clerk on February 12, 2021 indicates ownership transferred to RASCON's name only and notes, "Bryan E. Gardea-Gutierrez, an unmarried man, who erroneously took title as Bryan Gadea, an unmarried man, for consideration paid, grant(s) to Jacqueline Rascon, an unmarried woman…"

d.  A cashier's check payable to Old Republic Title in the amount of $81,785 was purchased from WF 6927 on June 18, 2020. The cashier's check indicates the remitter is RASCON. According to records obtained from Old Republic Title, the cashier's check was used to purchase vacant land located at 759 and 763 Taos Pl. SW in Albuquerque, New Mexico. The warranty deeds for these properties indicate ownership transferred to GARDEA and LANDEROS on June 18, 2020, the same date the cashier's check was purchased.

e.  A wire transfer in the amount of $10,000 was sent to Paramount Business Jets (PBJ) on August 28, 2020. Records from PBJ indicate GARDEA obtained a quote on June 18, 2020 to charter a private jet operated by CSI Aviation from Albuquerque, New Mexico to Las Vegas, Nevada on September 4, 2020 and returning on September 7, 2020. An invoice from PBJ dated September 4, 2020 indicates the total cost of the flight was $10,670 was paid for in full. In addition to the $10,000 wire transfer sent on August 28, 2020 a second wire transfer originating from WF 6927 in the amount of $670 was sent to PBJ.

f.   On or about September 6, 2020, GARDEA posted the following photograph,
     along with other photographs documenting what appears to be GARDEA's
     marriage proposal to RASCON, on his Facebook page:



g.   Other unusual outflows from the business account included approximately
     $10,315 in payments credited to a Macy's branded American Express card in the
     name of RASCON  and approximately $4,738 to Harbor Group.  Harbor Group
     Management is a property management company which manages the Broadstone
     Towne Center development at 1801 Gibson Blvd SE, Albuquerque.  GARDEA
     and RASCON are believed to have resided at 1801 Gibson Blvd SE Apt 1134 in
     Albuquerque at the time of the payments.

h.   Cash withdrawals in the account appear to total approximately $81,920.

    i.   Only 6 checks from this account referenced "payroll" on the memo line.  The 6 checks totaled $4,540.

***Wells Fargo Account in the name of JAGA NETWORKS LLC ending in 6935:***

59.    A Wells Fargo bank account in the name of JAGA Networks LLC ending in 6935 (WF 6935) was discovered and analyzed during the investigation.  WF 6935 is a business account whose sole signer is RASCON.  LANDEROS was also a signer on this account from on or about August 20, 2019 until on or about September 30, 2019.  Additionally, Alfredo Gardea was an authorized signer from on or about August 20, 2019 until or about November 29, 2019.  RASCON is listed as "owner" and "managing member" of JAGA Networks LLC on the bank documentation.

60.    The following chart summarized COVID relief loan proceeds deposited into WF 6935:

| Business Entity | Posted Date | Amount | Loan Type | SBA Loan Number | Loan Guarantor(s) |
|---|---|---|---|---|---|
| **Sega Communication dba Boost Mobie 1625 Rio Bravo Blvd SW, Albuquerque, NM** | 1/23/2020 | $20,000 | Bank Loan | 61056 | Bryan GARDEA |
| **JAGA Network dba Boost Mobie 1625 Rio Bravo Blvd SW, Suite 29, Albuquerque, NM** | 2/27/2020 | $20,000 | Bank Loan | 61259 | Jacqueline RASCON and Bryan GARDEA |
| **Sega Communication LLC 1625 Rio Bravo Blvd SW, Albuquerque, NM** | 4/20/2020 | $31,209 | PPP | 61410 | Bryan GARDEA |
| **JAGA Networks LLC 8816 La Vida Ln SW, Albuquerque, NM** | 6/9/2020 | $149,900 | EIDL | 7903257808 | Jacqueline RASCON |
| | **TOTAL** | **$221,109** | | | |

61.     The records show the account received at least $221,109 in loan proceeds for four

of the above referenced loans, for which GARDEA and/or RASCON were guarantors.  A deposit

analysis of WF 6935 covering the period between June 25, 2019 and November 2, 2020 indicates

that loan proceed deposits comprises 28% of the $786,120 in total deposits.  Transfers from other

JAGA Networks LLC/RASCON related accounts total approximately $402,561, or about 51% of

total deposits. Therefore, COVID relief loan proceeds and transfers from other related accounts

accounted for approximately 79% of total deposits into WF 6935.

62.     An analysis of outflows for the same period – June 25, 2019 through November 2,

2020 - revealed total outflows of $786,120.  Specific outflows include the following:

| TRANSACTION DESCRIPTION | PAYEE | DATE | AMOUNT |
|---|---|---|---|
| **Transfers & Cashier's Checks** | JAGA Networks LLC | June 25, 2019 – November 2, 2020 | $394,838 |
| **Transfers** | RASCON WF 0547 | June 25, 2019 – November 2, 2020 | $129,781 |
| **Check #1005** | MC1 Auto Sales | December 3, 2019 | $20,000 |
| **Check #1002**[7] | JAGA Networks (deposited at Sandia Laboratory Federal Credit Union) | September 23, 2020 | $100,000 |
| **Check #1004** | JAGA Networks (deposited at Sandia Laboratory Federal Credit Union) | September 23, 2020 | $100,000 |

a.    Transfers to other JAGA Networks LLC accounts (including funds used to

purchase certified bank checks payable to JAGA Networks LLC) represent 50%

of total outflows.

---

[7] Checks #1002 and #1004 are included in the total $394,838 line item for Transfers & Cashier's Checks.

    b.   Transfers to RASCON's personal account at Wells Fargo ending in 0547 represent 17% of total outflows.

    c.   Other unusual outflows from a business account indicative of personal spending include purchases at Louis Vuitton totaling approximately $3,692; approximately $1,609 to Albuquerque Orthodontics; approximately $2,008 to United Airlines; and thousands of dollars spent at restaurants.

    d.   Bank account transaction descriptions also reference outflow transactions totaling over $3,000 in Honolulu, Hawaii and over $5,000 in Las Vegas, Nevada.

    e.   Cash withdrawals in the account appear to total approximately $31,716.

***Wells Fargo Account in the name of JAGA Networks LLC ending in 7377***

63.    A Wells Fargo bank account in the name of JAGA Networks LLC ending in 7377 (WF 7377) was discovered and analyzed during the investigation. WF 7377 is a business account which was opened on or about June 25, 2019 and lists RASCON as the "Sole Owner" of JAGA Networks LLC. The account application states JAGA Networks LLC had annual gross sales of $26,430 and three employees.

64.    The records show that on May 14, 2020, WF 7377 received at least $101,015 in PPP loan proceeds for Future Satellite LLC, for which GARDEA was guarantor. The same day, $101,000 was online transferred to WF 6927, in the name of JAGA Networks LLC. While RASCON had sole signature authority for the account when the loan was funded, LANDEROS was added as an authorized signer on or about August 20, 2019 until on or about September 30, 2019. Additionally, Alfredo Gardea was an authorized signer on from on or about August 20, 2019 until on or about November 29, 2019.

***Wells Fargo Account in the name of Ricardo I. LANDEROS ending in 0624***

65.    A Wells Fargo personal checking account in the name of LANDEROS ending in 0624 (WF 0624) was discovered and analyzed during the investigation.  WF 0624 was opened on or about September 18, 2020.  The records show that on March 16, 2021, PPP loan proceeds for A and R Drilling LLC in the amount of $149,000 were deposited into WF 0624.  SBA loan documentation indicates LANDEROS was guarantor.  On March 22, 2021, approximately $143,466 in the account was withdrawn - approximately $133,466 was used to purchase a cashier's check payable to LANDEROS.  Further tracing revealed the cashier's check was then deposited into a BBVA bank account in the name of La Cantina Loca, an account for which LANDEROS had signature authority.  A review of social media accounts for LANDEROS and GARDEA indicates that La Cantina Loca is a bar in Albuquerque operated by LANDEROS.

### THE SLFCU ACCOUNTS

66.    During the investigation, agents obtained bank account information from Sandia Laboratory Federal Credit Union (SLFCU) for RASCON and JAGA Networks.  RASCON opened three business sub-accounts in the name of JAGA Networks LLC on September 23, 2020 under member number 10284011 – savings account number 0001; checking account number 9001 and checking account number 9002 (hereinafter referred to as SLFCU 4011-0001; SLFCU 4011-9001; and SLFCU 4011-9002, respectively).  RASCON has signature authority on all sub-accounts.  Also on September 23, 2020, RASCON opened two personal sub-accounts under member number 10283972 – savings account number 0001 and checking account number 9001 (hereinafter referred to as SLFCU 3972-0001 and SLFCU 3972-9001, respectively).

***SLFCU x10284011 in the name of JAGA NETWORKS LLC***

67.    An analysis of inflows and outflows for the period September 1, 2020 to November 30, 2021 for **SLFCU 4011-0001** shows:

a. The sub-account registered total inflows of $272,711. Of the inflows, $200,386, or 73% were transfers from other JAGA Networks LLC sub-accounts. Check deposits accounted for 26% of inflows.

**Summary of Credits - JAGA NETWORKS LLC  Member IDx4011 - Sub -Account 0001**

| Transaction Description | Sum of Credit | % of Total |
|---|---|---|
| ⊞ Online banking Deposit Transfer From: 9002 | $ 103,802.00 | 38% |
| ⊞ Online banking Deposit Transfer From: 9001 | $ 96,584.00 | 35% |
| ⊟ Check Deposit | $ 71,800.00 | 26% |
|     Carmax | $ 22,000.00 | |
|     JACQUELINE RASCON-CHACON | $ 11,500.00 | |
|     MC1 Auto Sales, LLC | $ 22,300.00 | |
|     Sandia Area FCU Cashier's Check | $ 16,000.00 | |
| ⊞ Online Banking Transfer from 9001 | $ 400.00 | 0% |
| ⊞ Fee Adjustments Non_Sufficent Funds Fee - Reversed | $ 75.00 | 0% |
| ⊞ Dividend | $ 45.12 | 0% |
| ⊞ Deposit Transfer From Jacqueline-Chacon 9001 | $ 5.00 | 0% |
| Grand Total | $ 272,711.12 | 100% |

b. The sub-account registered outflows of $272,706. $263,537 or 97% of outflows were in transfers to other JAGA Networks or RASCON subaccounts. Only one payment for $1,207, accounting for less than 1% of outflows, was made to DreamSpring from this subaccount.

68. An analysis of inflows and outflows for the period September 1, 2020 to November 30, 2021 for sub-account **SLFCU 4011-9001** shows:

a. The sub-account registered total inflows of $1,164,807. Of the inflows, $211,917 or 18% were transfers from other JAGA Networks LLC sub-accounts.

b. The largest sources of funding for this sub account were from check deposits:

i.  The account was initially funded with a $100,000 check originating from Wells Fargo account x6935 representing 9% of total inflows. This payment is traceable to loan proceeds.

27

    ii. A check from Old Republic National Title insurance company payable to GARDEA and LANDEROS for $209,369 was deposited on 2/12/2021. This deposit represents 18% of total inflows. Records obtained from Old Republic National Title show the payment was for the sale of 759 Taos Pl SW, Albuquerque, NM. As described earlier, the purchase of 759 Taos Pl. SW is traceable to the loan proceeds.

    iii. A check from Old Republic National Title insurance company payable to GARDEA and LANDEROS for $185,544 was deposited on 3/11/2021. This deposit represents 16% of total inflows. Records obtained from Old Republic National Title show the payment was for the sale of 763 Taos Pl. SW, Albuquerque, NM. As described earlier, the purchase of 763 Taos Pl. SW is traceable to loan proceeds.

c. The three checks listed above collectively account for 42% of the inflows into this account. Transfers from other related accounts combined with the checks listed above account for 61% of the inflows into this sub-account.

d. The sub-account registered outflows of $1,128,891. $179,213 or 16% of the outflows were in transfers to other related sub-accounts.

**Summary of Debits - JAGA NETWORKS LLC Member IDx4011 - Sub -Account 9001 (transfers)**

| Row Labels | Count of Debit | Sum of Total |
|---|---|---|
| Online banking Withdrawal Transfer To: 0001 | 5 | $ (96,984.00) |
| Online banking Withdrawal Transfer To: 9002 | 23 | $ (62,603.25) |
| Withdrawal Transfer To: 9002 | 1 | $ (10,000.00) |
| Withdrawal Transfer To: Jacqueline Rascon-Chacon 9001 | 3 | $ (5,560.00) |
| Withdrawal Transfer To: Jacqueline Rascon-Chacon 2014 | 3 | $ (2,620.26) |
| Online banking Withdrawal Transfer To: 9002 | 1 | $ (1,445.00) |
| **Grand Total** | **36** | **$ (179,212.51)** |

e.  The investigation identified a series of payments made out of this account totaling $270,529 indicative of construction expenses for the Taos Pl. SW and Milpa Alta Rd. NE properties as listed below:

   iv.  A review of the payments shows a total of $175,368 have memo lines indicating the outflows are related to the construction at 6734 Milpa Alta Rd. NE.

   v.  A review of the payments shows a total of $23,058 have memo lines indicating the outflows are related to the construction at 759 and 763 Taos Pl. SW.

   vi.  A review of the payments shows a total of $53,103 have memo lines indicating the outflows are related to the construction at 759 Taos Pl. SW.

   vii.  A review of the payments shows a total of $19,000 have memo lines indicating the outflows are related to the construction at 763 Taos Pl. SW.

**Summary of Property Related Checks Sandia Laboratories Federal Credit Union Member ID 10284011 in the name of JAGA NETWORKS LLC sub-account 9001 for the time period 09/23/2020 – 11/30/2021. Signature Authority: JACQUELINE RASCON–CHACON**

| Account | Member ID | Date | Description | Check | Debit | Counterparty | Memo Line | Note |
|---|---|---|---|---|---|---|---|---|
| 9001 | 10284011 | 11/05/2020 | Withdrawal Check | 1045 | $ (9,966.50) | City of Rio Rancho | 6734 Milpa Fee | 6734 Milpa Alta |
| 9001 | 10284011 | 11/06/2020 | Withdrawal Check | 1030 | $ (3,000.00) | Bryan Gardea | 734 house | 6734 Milpa Alta |
| 9001 | 10284011 | 01/11/2021 | Withdrawal Check 1106 | 1106 | $ (4,000.00) | Rudiel Espinoza | 6734 Milpa | 6734 Milpa Alta |
| 9001 | 10284011 | 01/19/2021 | Withdrawal Check 1116 | 1116 | $ (3,600.00) | Rudiel Espinoza | 6734 Milpa Alta | 6734 Milpa Alta |
| 9001 | 10284011 | 02/17/2021 | Withdrawal Check 1153 | 1153 | $ (28,840.00) | M. Hernandez Pools | 6734 Pool Down Payment 35% | 6734 Milpa Alta |
| 9001 | 10284011 | 02/19/2021 | Withdrawal Check 1109 | 1109 | $ (7,285.58) | Pats Doors Inc | 6734 Milpa Inside Doors | 6734 Milpa Alta |
| 9001 | 10284011 | 03/08/2021 | Withdrawal Check | 1024 | $ (10,000.00) | Miguel Chavez | HVAC 6734 Milpa Alta | 6734 Milpa Alta |
| 9001 | 10284011 | 03/15/2021 | Withdrawal Check 1183 | 1183 | $ (2,682.00) | Always Fire | 6734 Fire Place | 6734 Milpa Alta |
| 9001 | 10284011 | 03/18/2021 | Withdrawal Check 1189 | 1189 | $ (10,000.00) | Roberto Castillo | 6734 Milpa Alta Wall | 6734 Milpa Alta |
| 9001 | 10284011 | 03/19/2021 | Withdrawal Check 1188 | 1188 | $ (6,114.00) | ARJV Stucco | 6734 Milpa Stucco | 6734 Milpa Alta |
| 9001 | 10284011 | 03/22/2021 | Withdrawal Check 1152 | 1152 | $ (13,250.00) | Cantera Stone Supply LLC | 6734 Milpa Door & Cantera Deposit | 6734 Milpa Alta |
| 9001 | 10284011 | 03/23/2021 | Withdrawal Check 1180 | 1180 | $ (10,000.00) | Tony Tovar | 6734 Milpa Cabinets | 6734 Milpa Alta |
| 9001 | 10284011 | 03/23/2021 | Withdrawal Check 1194 | 1194 | $ (2,050.00) | Miguel Chavez | 6734 Milpa | 6734 Milpa Alta |
| 9001 | 10284011 | 03/23/2021 | Withdrawal Check 1191 | 1191 | $ (5,000.00) | Roberto Castillo | 6734 Wall & dirt | 6734 Milpa Alta |
| 9001 | 10284011 | 03/23/2021 | Withdrawal Check 1182 | 1182 | $ (2,250.00) | Roberto Castillo | 6734 Milpa Alta | 6734 Milpa Alta |
| 9001 | 10284011 | 03/24/2021 | Withdrawal Check 1190 | 1190 | $ (6,020.23) | Raks | 6734 Sheetrock | 6734 Milpa Alta |
| 9001 | 10284011 | 03/29/2021 | Withdrawal Check 1192 | 1192 | $ (1,000.54) | All Star Foam | 6734 Stucco Foam | 6734 Milpa Alta |
| 9001 | 10284011 | 03/30/2021 | Withdrawal Check | 1209 | $ (7,750.00) | Cristian Castillo | Final payment Brick wall pay | 6734 Milpa Alta |
| 9001 | 10284011 | 03/30/2021 | Withdrawal Check | 1208 | $ (9,118.50) | Southwest Drilling | Well Drilling 6734 | 6734 Milpa Alta |
| 9001 | 10284011 | 04/05/2021 | Withdrawal Check | 1203 | $ (6,000.00) | PJR Electric | 6734 Milpa Alta | 6734 Milpa Alta |
| 9001 | 10284011 | 04/09/2021 | Withdrawal Check | | $ (8,355.00) | South West Drilling | Well payment | 6734 Milpa Alta |
| 9001 | 10284011 | 04/09/2021 | Withdrawal Check 1193 | 1193 | $ (500.75) | New Mexico Gas Company | 6734 Gas Meter | 6734 Milpa Alta |
| 9001 | 10284011 | 04/12/2021 | Withdrawal Check 1216 | 1216 | $ (5,740.50) | David Herrera | insulation 6734 Milpa | 6734 Milpa Alta |
| 9001 | 10284011 | 04/23/2021 | Withdrawal Check 1219 | 1219 | $ (3,130.00) | Fabian Varela | Drywall labor 6734 Milpa | 6734 Milpa Alta |
| 9001 | 10284011 | 04/26/2021 | Withdrawal Check | 1225 | $ (6,114.00) | ARJV Stucco | 6764 Stucco 2nd payment | 6734 Milpa Alta |
| 9001 | 10284011 | 05/07/2021 | Withdrawal Check | 1232 | $ (3,600.00) | Bilma Duarte | 6734 Drywall labor | 6734 Milpa Alta |
| | | | | | $ (175,367.60) | | | **6734 Milpa Alta Total** |
| 9001 | 10284011 | 10/19/2020 | Withdrawal Check | 1020 | $ (3,878.10) | Window Depot | 759 & 763 Doors | 759 and 763 Taos |
| 9001 | 10284011 | 10/19/2020 | Withdrawal Check 1021 | 1021 | $ (378.12) | Window Depot | 759–763 Skylights | 759 and 763 Taos |
| 9001 | 10284011 | 11/23/2020 | Withdrawal Check 1051 | 1051 | $ (5,000.00) | Lopez Granite | 759 763 Granite Deposit | 759 and 763 Taos |
| 9001 | 10284011 | 12/07/2020 | Withdrawal Check | 1063 | $ (997.00) | New Mexico Gas Company | 759 763 gas line | 759 and 763 Taos |
| 9001 | 10284011 | 12/24/2020 | Withdrawal Check | 1083 | $ (6,250.00) | Rudiel Espinoza | Framing labor | 759 and 763 Taos |
| 9001 | 10284011 | 01/11/2021 | Withdrawal Check 1104 | 1104 | $ (6,250.00) | Juan Trejo | Framing last payment 759 – 763 taos | 759 and 763 Taos |
| 9001 | 10284011 | 02/24/2021 | Withdrawal Check 1171 | 1171 | $ (305.00) | Robert Castillo | payroll 763–759 taos wall | 759 and 763 Taos |
| | | | | | $ (23,058.22) | | | **759 and 763 Taos Total** |
| 9001 | 10284011 | 09/30/2020 | Withdrawal Check # 111 | 111 | $ (4,126.00) | Pablo Rodriguez | 759 Taos | 759 Taos |
| 9001 | 10284011 | 10/05/2020 | Withdrawal Check 107 | 107 | $ (3,750.00) | Raul Dominguez | 759 hvac1 | 759 Taos |
| 9001 | 10284011 | 10/05/2020 | Withdrawal Check | 1007 | $ (4,000.00) | Pablo Rodriguez | 759 "illegible" Electric work | 759 Taos |
| 9001 | 10284011 | 10/23/2020 | Withdrawal Check | 1034 | $ (5,000.00) | Jaime Delgado | 759 Stucco | 759 Taos |
| 9001 | 10284011 | 10/23/2020 | Withdrawal Check | 1029 | $ (6,000.00) | Tony Tovar | 759 Cabinets | 759 Taos |
| 9001 | 10284011 | 11/02/2020 | Withdrawal Check | 1043 | $ (3,100.00) | Octavio Perez | 759 house paint | 759 Taos |
| 9001 | 10284011 | 11/09/2020 | Withdrawal Check | 1052 | $ (16,350.00) | Adrian Delgado | title labor 759 taos | 759 Taos |
| 9001 | 10284011 | 11/10/2020 | Withdrawal Check | 1054 | $ (3,200.00) | Bilma A Duarte | 759 labor | 759 Taos |
| 9001 | 10284011 | 11/23/2020 | Withdrawal Check 114 | 114 | $ (1,050.00) | Juan Villegas | 759 Taos Carpet | 759 Taos |
| 9001 | 10284011 | 12/02/2020 | Withdrawal Check | 1062 | $ (177.34) | CSC | 759 Taos Land Survey | 759 Taos |
| 9001 | 10284011 | 01/11/2021 | Withdrawal Check 1105 | 1105 | $ (5,000.00) | Tony Tovar | 759 Cabinets | 759 Taos |
| 9001 | 10284011 | 01/26/2021 | Withdrawal Check 1126 | 1126 | $ (300.00) | Jaime Delgado | 759 work | 759 Taos |
| 9001 | 10284011 | 02/17/2021 | Withdrawal Check 1157 | 1157 | $ (1,050.00) | Enrique Zamora | 759 Taos | 759 Taos |
| | | | | | $ (53,103.34) | | | **759 Taos Total** |
| 9001 | 10284011 | 10/23/2020 | Withdrawal Check | 1035 | $ (5,500.00) | Adrian Delgado Anchondo | 763 Stucco | 763 Taos |
| 9001 | 10284011 | 11/03/2020 | Withdrawal Check | 1047 | $ (10,000.00) | Jaime Delgado | 763 Taos | 763 Taos |
| 9001 | 10284011 | 11/10/2020 | Withdrawal Check | 1032 | $ (2,000.00) | Octavio Perez | 763 Paint Job | 763 Taos |
| 9001 | 10284011 | 11/12/2020 | Withdrawal Check | 1053 | $ (1,500.00) | Jaime Delgado | land labor 763 Taos | 763 Taos |
| | | | | | $ (19,000.00) | | | **763 Taos Total** |
| | | | | | $ (270,529.16) | | | **Grand Total** |

  f. Payments referencing payroll total approximately $105,390, or 9% of total

outflows.

  69. An analysis of inflows and outflows for the period September 1, 2020 to

November 30, 2021 for sub-account **SLFCU 4011-9002** shows:

a. The sub-account registered total inflows of $427,185. Of the inflows, $86,769 or 20% were transfers from other JAGA Networks LLC or RASCON sub-accounts.

| Summary of Credits - Jaga Networks LLC Member IDx4011 - Sub Account 9002 (transfers) | | |
|---|---|---|
| **Description** | **Count of Credit** | **Sum of Credit** |
| Online banking Deposit Transfer From: 9001 | 24 | $ 64,048.25 |
| Deposit Transfer From: 9001 | 1 | $ 10,000.00 |
| Transfer From: 0001 Overdraft Transfer | 24 | $ 5,731.22 |
| Online banking Deposit Transfer From: 0001 | 2 | $ 3,500.00 |
| Deposit Transfer From: Jacqueline Rascon-Chacon 9001 | 2 | $ 3,490.00 |
| **Grand Total** | **53** | **$ 86,769.47** |

b. The sub-account was initially funded with a $100,000 check originating from Wells Fargo account x6935 representing 23% of total inflows. This payment is traceable to COVID relief loan proceeds.

c. Transfers from other related accounts collectively with the $100,000 funding check listed above account for 43% of total inflows for this sub-account.

d. $60,295 or 14% of inflows into this sub-account originate from ATM deposits.

e. The sub-account registered outflows of $426,928. $198,825 or 47% of the outflows were in transfers to other related sub-accounts.

| Summary of Debits - Jaga Networks LLC Member IDx4011 -9002 (transfers) | | |
|---|---|---|
| **Description** | **Count of Debit** | **Sum of Debit** |
| Online banking Withdrawal Transfer To: 0001 | 5 | $ (103,802.00) |
| Online banking Withdrawal Transfer To: 9001 | 44 | $ (85,239.00) |
| Adjustment Transfer To: 9001 Transfer To 9001 Deposit Item Return- NSF: Maker: LA CANTINA LOCA LLC, Check 904 | 1 | $ (5,088.79) |
| Withdrawal Transfer To: Jacqueline Rascon-Chacon 9001 | 9 | $ (2,480.00) |
| Online banking Withdrawal Transfer To: 9001 A | 3 | $ (755.00) |
| Transfer To: Jacqueline Rascon-Chacon 2014 Loan payment | 1 | $ (751.63) |
| Withdrawal Transfer To: Jacqueline Rascon-Chacon 2014 | 1 | $ (659.00) |
| Withdrawal Transfer To: Jacqueline Rascon-Chacon 0001 | 1 | $ (50.00) |
| **Grand Total** | **65** | **$ (198,825.42)** |

70.     The investigation identified a series of payments made out of this account totaling $19,000 indicative of construction expenses for the 6734 Milpa Alta Rd. NE property as detailed

below.

| Account | Member ID | Date | Description | Check # | Debit | Counterparty | Memo Line | Note |
|---|---|---|---|---|---|---|---|---|
|  | Summary of Property Related Checks Sandia Laboratories Federal Credit Union Member ID 10284011 in the name of JAGA NETWORKS LLC sub-account 9002 for the time period 09/23/2020 - 11/30/2021.  Signature Authority: JACQUELINE RASCON-CHACON |
| 9002 | 10284011 | 02/19/2021 | Withdrawal Check 135 | 135 | $ (9,000.00) | Western Building supplies | 6734 Milpa Doors | 6734 Milpa Alta |
| 9002 | 10284011 | 02/19/2021 | Withdrawal Check 134 | 134 | $(10,000.00) | Miguel Chavez | 6734 plumbing | 6734 Milpa Alta |
|  |  |  |  |  | $(19,000.00) |  |  | 6734 Milpa Alta Total |
|  |  |  |  |  | $(19,000.00) |  |  | Grand Total |

71.    Payments to DreamSpring from this subaccount totaled $14,926.  Checks with memo lines indicative of payroll total $26,161.

72.    Other notable outflows from this sub-account include $15,054 in payments to an Applecard credit card account and $11,836 to Harbor Group, Harbor Group Management is a property management company which manages the Broadstone Towne Center development at 1801 Gibson Blvd SE, Albuquerque. GARDEA and RASCON are believed to have resided at 1801 Gibson Blvd SE Apt 1134 in Albuquerque at the time of the payments.

***SLFCU x 10283972 in the name of RASCON***

73.    An analysis of inflows and outflows for the period September 1, 2020 to November 30, 2021 for sub account **SLFCU 3972-0001** shows:

a.    Total inflows of $95,592 and total outflows of $95,572.  Almost all inflows, $95,462 originate from SLFCU funded loans for vehicle financing.  The inflows funded cashier checks to MC1 Autosales for $29,562 referencing 2017 FORD F250 and Porsche Colorado Springs referencing 2017 MERCEDES BEN G63 AMG.[8]

---

[8] **NOTE –** This sub-account does not appear to be "tainted" either with (1) proceeds of fraudulently obtained COVID loans, (2) property "involved in" related money laundering offenses, or (3) facilitating property.

74. An analysis of inflows and outflows for the period September 1, 2020 to November 30, 2021 for sub-account **SLFCU 3972-9001** shows:

    a. Total inflows of $117,050. $60,218 or 51% of inflows are transfers from related JAGA Networks sub-accounts.

| Summary of Credits - Jacqueline Rascon  Member IDx3972 - Sub -Account 9001 (transfers from Jaga Networks Subaccounts) | | |
|---|---|---|
| **Description** | **Count of Credit** | **Sum of Credit** |
| ⊞ **Deposit Transfer From: Jaga Networks LLC 0001** | 1 | $ 52,178.00 |
| ⊞ **Deposit Transfer From: JAGA Networks LLC 9001** | 3 | $ 5,560.00 |
| ⊞ **Deposit Transfer From: Jaga Networks LLC 9002** | 6 | $ 1,980.00 |
| ⊞ **Deposit Transfer From: JAGA Networks LLC 9002** | 1 | $ 200.00 |
| ⊞ **Deposit Transfer From: JAGA Networks LLC** | 1 | $ 200.00 |
| ⊞ **Deposit Transfer Jaga Networks LLC 9002** | 1 | $ 100.00 |
| **Grand Total** | **13** | **$ 60,218.00** |

    b. On September 20, 2021, the sub-account received an inflow of $20,000 (accounting for 17% of total inflows into the sub-account) originating from a SLFCU funded loan.  On the same day, $20,000 was used to purchase a cashier's check payable to Macy's.

    c. Total outflows of $116,995. The primary outflows from the sub-account are from a withdrawal of $52,181 on October 27, 2020 and the $20,000 cashier's check payable to Macy's listed above. These two outflows account for 62% of total outflows.

### THE 759 AND 763 TAOS PL. SW PROPERTIES

75. On June 18, 2020, GARDEA and LANDEROS purchased vacant land, specifically Lots 73-P1 and 72-P1, Stinson Park Subdivision and with addresses 759 and 763 Taos Pl. SW, Albuquerque, NM, 87121.  As mentioned earlier, the payment for $81,785 the

purchase of the vacant lots originated from the WF 6927 and is directly traceable to the proceeds of COVID relief loans.

76.    As mentioned above, approximately $95,162 from SLFCU 4011-9001 appeared to have funded construction of the houses built on these lots.

77.    On February 12, 2021, GARDEA and LANDEROS sold 759 Taos Pl. SW, and the $209,368 sales proceeds check was deposited into SLFCU 4011-9001.

78.    On March 10, 2021, GARDEA and LANDEROS sold 763 Taos Pl. SW and the $185,544 sales proceeds check was deposited into SLFCU 4011-9001.

79.    On or about May 14, 2021, GARDEA updated his Facebook profile picture, depicting what appears to be GARDEA standing between two adjacent homes, believed to be 759 and 763 Taos Pl. SW in Albuquerque, New Mexico.  A for sale sign is posted in between the homes, near the sidewalk.



80.    On or about September 4, 2021, GARDEA posted the following photograph on his Facebook profile, "Sega Boost":



GARDEA is pictured on the right and LANDEROS is on the left.

<u>**DEFENDANT REAL PROPERTY - 6734 MILPA ALTA RD. NE**</u>

81.    On May 18, 2020, GARDEA and RASCON purchased vacant land lot numbered 14-A in Block 104 Unit 17, Rio Rancho Estates.  The vacant land corresponds to the 6734 Milpa Alta Rd. NE Rio Rancho, NM address.  As mentioned earlier, the payment of $40,230 for the purchase of the vacant lots originated from the WF 6927 and is directly traceable to the proceeds of COVID relief loans.

82.    A subsequent warranty deed filed with the Sandoval County Clerk on February 12, 2021 indicates ownership transferred to RASCON's name only and notes, "Bryan E. Gardea-Gutierrez, an unmarried man, who erroneously took title as Bryan Gadea, an unmarried man, for consideration paid, grant(s) to Jacqueline Rascon, an unmarried woman…."

83.    As earlier mentioned, approximately $175,368 from SLFCU 4011-9001 and $19,000 from SLFCU-9002 appeared to have funded construction of the house built on 6734 Milpa Alta Rd NE.

84.    6734 Milpa Alta Rd. NE was listed for sale on April 15, 2022 with a price of $750,000 and according to publicly available information it is currently showing as "Pending." The first sentence of the description of the property on its Zillow page reads, "Absolutely Stunning Quality+Design in this Gorgeous **Jaga** Custom Home!" (emphasis added).  The Defendant Real Property is listed by Keller Williams Realty.

85.    On May 13, 2022, the United States applied for, and the Court issued, a temporary restraining order ("TRO") prohibiting Jacqueline Rascon-Chacon, Bryan Gardea, Ricardo Landeros, and any person acting in concert with them or on their behalf, from transferring, dissipating, encumbering, or placing beyond the jurisdiction of the Court the Defendant Real Property.  *In Re Pre-Complaint, Pre-Indictment Restraining Order for Real Property*, MR No. 22-782 (D.N.M. May 13, 2022).  The TRO is set to expire on May 27, 2022.

## FIRST CLAIM FOR RELIEF

86.    The United States incorporates by reference the allegations in paragraphs 1 through 85 as though fully set forth.

87.    Title 18, United States Code, Section 981(a)(1)(A) subjects to forfeiture property involved in a transaction or attempted transactions in violation of 18 U.S.C. §§ 1956 or 1957 or property traceable to such property.

88.     The Defendant Real Property was involved in transactions or attempted transactions in violation of 18 U.S.C. §§ 1956 and 1957 or is traceable to such transactions and is thus subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

## SECOND CLAIM FOR RELIEF

89.     The United States incorporates by reference the allegations in paragraphs 1 through 85 as though fully set forth.

90.     Title 18, United States Code, Section 981(a)(1)(C) subjects to forfeiture property, real or personal, which constitutes or is derived from proceeds traceable to an offense constituting specified unlawful activity (as defined in 18 U.S.C. § 1956(c)(7) or conspiracy to commit such offense.

91.     18 U.S.C. § 1956(c)(7)(A) includes as a "specified unlawful activity" "any act or activity constituting an offense listed in section 1961(1) of this title except an act which is indictable under subchapter II of chapter 53 of title 31." Section 1961(1) specifically lists "section 1343 (relating to wire fraud)" and "section 1344 (relating to financial institution fraud)."

92.     The Defendant Real Property constitutes or is derived from proceeds traceable to an offense under 18 U.S.C. §§ 1343 and 1344 or conspiracy to commit such offenses and is thus subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE: Plaintiff seeks arrest of Defendant Real Property and forfeiture of same to Plaintiff, determination of the validity and priority of claims of the Claimants and any Unknown Claimants to the Defendant Property, costs, and expenses of seizure and of this proceeding, and other proper relief.

Respectfully submitted,

ALEXANDER M.M. UMBALLEZ
United States Attorney

TAYLOR F. HARTSTEIN
STEPHEN R. KOTZ
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

## 28 U.S.C. § 1746 Declaration

I am a Special Agent with the Internal Revenue Service – Criminal Investigation who has read the contents of the Complaint for Forfeiture *In Rem* to which this Declaration is attached; and the statements contained in the complaint are true to the best of my knowledge and belief.

I declare under penalty of perjury and the laws of the United States of America that this Declaration is true and correct, except as to matters stated on information and belief, and as to those matters, I believe them to be true.

Dated: May 26, 2022                          _____

Dianna Nelson, Special Agent
Internal Revenue Service – Criminal Investigation