IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                                                            Civ. No. 1:22-cv-00399-MV-LF

6734 MILPA ALTA RD. NE, RIO RANCHO, NM 87144

    *Defendant-in-rem.*

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

This matter comes before the court on the United States' Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure [Doc. 15]. The Court, having reviewed the motion and other material matters on file and being fully advised in the premises, FINDS as follows:

    1.    The statements contained in the Request for Clerk's Entry of Partial Default (Praecipe) (Doc.8), the Request for Clerk's Entry of Default (Praecipe) (Doc. 12), the Amended Clerk's Entry of Default as to Potential Claimants (Doc. 13), the Clerk's Entry of Default as to 6734 Milpa Alta Rd. (Doc. 14), the Partial Motion for Default Judgment as to Potential Claimants (Doc. 11), and the Motion for Default Judgment (Doc. 15) are true.

    2.    This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Default Judgment.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all rights, title, and interest in the Defendant 6734 Milpa Alta Rd. NE, Rio Rancho, NM 87144 are forfeited to the United States and title thereto is vested in the United States.

_____
MARTHA VÁZQUEZ
Senior United States District JCV udge

2