IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                              Civ. No. 1:22-cv-00399-MV-LF

6734 MILPA ALTA RD. NE,
RIO RANCHO, NM 87144,

    *Defendant-in-rem.*

## CORRECTED DEFAULT JUDGMENT AND ORDER OF FORFEITURE

This matter comes before the Court on the United States' Motion for Corrected Default Judgment and Order of Forfeiture pursuant to Rule 60(a) of the Federal Rules of Civil Procedure (Doc. 19). The Court, having reviewed the motion and other material matters on file and being fully advised in the premises, FINDS as follows:

1.     The statements contained in the Request for Clerk's Entry of Partial Default (Praecipe) (Doc.8), the Request for Clerk's Entry of Default (Praecipe) (Doc. 12), the Amended Clerk's Entry of Default as to Potential Claimants (Doc. 13), the Clerk's Entry of Default as to 6734 Milpa Alta Rd. (Doc. 14), the Partial Motion for Default Judgment as to Potential Claimants (Doc. 11), the Motion for Default Judgment (Doc. 15), and the Default Judgment and Order of Forfeiture (Doc. 18) are true.

2.     This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Corrected Default Judgment.

3.     The omission of the legal description of Defendant 6734 Milpa Alta Rd. NE, Rio Rancho, NM 87144, is a mistake or omission that is correctable under Rule 60(a) of the Federal Rules of Civil Procedure.

4. Defendant 6734 Milpa Alta Rd. NE, Rio Rancho, NM 87144 is more particularly described as:

LOT NUMBERED FOURTEEN-A (14-A) IN BLOCK NUMBERED ONE HUNDRED FOUR (104) UNIT 17, RIO RANCHO ESTATES, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT OF SAID ADDITION, FILED IN THE OFFICE OF THE COUNTY CLERK OF SANDOVAL COUNTY, NEW MEXICO, ON NOVEMBER 28, 2007, IN PLAT BOOK 3, PAGE 2864B. TAX ID 1017072422261.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all rights, title, and interest in the Defendant 6734 Milpa Alta Rd. NE, Rio Rancho, NM 87144 are forfeited to the United States and title thereto is vested in the United States.

_____
MARTHA VÁZQUEZ
Senior United States District Judge

Submitted by:
*Electronically Submitted May 23, 2023*
TAYLOR F. HARTSTEIN
Assistant U.S. Attorney